# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN DAVID STEEP

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2023 CW 0727

**AUGUST 23, 2023**

---

In Re:   Shawn David Stepp, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 82140.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.** Habeas corpus proceedings shall be instituted in the parish in which the person is in custody. See La. Code Crim. P. art. 352.   However, if relator is making a complaint with regard to personal injuries allegedly caused by the state, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of such complaints.   Any complaint pertaining to personal injuries caused by the state must be made under the Corrections Administrative Remedy Procedure Act as provided in La. R.S. 15:1171-79. See **Robinson v. Parole & Probation Division, Department of Public Safety & Corrections,** 2000-1574 (La. App. 1st Cir. 9/28/01), 819 So.2d 1031.   In the event of an adverse ruling, an offender may within thirty days after receipt of the decision, seek judicial review of the decision only in the Nineteenth Judicial District Court in the manner prescribed in La. R.S. 15:1177.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.O*

---
DEPUTY CLERK OF COURT
FOR THE COURT